UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> vs.<br><br>F21 OPCO, LLC.,<br><br>   Defendant. | Case No.: 2:24-cv-00166-MSG<br><br>STIPULATION OF DISMISSAL |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between counsel for Plaintiff, Andrew Wilkins, and Defendant, F21 OPCO, LLC., that the above-entitled action is hereby dismissed against Defendant, F21 OPCO, LLC., with prejudice and with each party to bear its own attorneys' fees and costs pursuant to FED. R. CIV. P. 41(a).

Dated: August 25th, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Rex T. Reeves*<br>Rex T. Reeves<br>The Karlin Law Firm LLP<br>13522 Newport Ave.<br>Suite 201<br>Tustin, CA 92780<br>714-731-3283<br>Fax: 714-731-5741<br>Email: rex@karlinlaw.com<br>Attorney for Defendant | */s/ Daniel Zemel*<br>Daniel Zemel, Esq.<br>Zemel Law LLC<br>400 Sylvan Ave. Suite 200<br>Englewood Cliffs,, NJ 07632<br>Tel: (862) 227-3106<br>Fax: (973) 282-8603<br>Email: dz@zemellawllc.com<br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on August 25th, 2024, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.